IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEWIS EDWARD BYRD III,

    Plaintiff,

v.

VERNON COUNTY and MORGAN NESS,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-223-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Vernon County and Morgan Ness's motion granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

/s/                                                                                   12/1/2017

Peter Oppeneer, Clerk of Court                                       Date