Lewis E. Byrd III　　　　　　　Case No. 17-cv-233-jdp
　　Plaintiff,


v.


Vernon County Jail and
　　Morgan Ness,
　　　Defendent,


## Motion of Appeal

　On this day Dec. 11, 2017 Plaintiff MR. Byrd is filing a appeal on the decion made to grant Defendent Morgan Ness Summary Judgment in this case. Summary Judgment was granted on the grounds that MR. Byrd failed to exhaust adminitrative remedies.

　MR. Byrd argues that there was no need for him to file an appeal regarding Morgan Ness opening MR. Byrds legal mail. MR. Byrd filed a grievence and the grievence was responded to properly. There was no need for MR. Byrd to go any further with the grievence process. Morgan Ness admitted in writing that she opened MR. Byrd's legal mail and her supervisor had spoken to her about the importance of not opening inmates legal mail. This issue was resolved using the grievence process by MR. Byrd and jail staff.

MR. Byrd argues that even though this issue was handled by the grievance process within the jail, MR. Byrds civil rights were still violated by having his legal mail opened. There was no need for MR Byrd to appeal his grievance on this issue in his claim because it was handled by being acknowledged and addressed by jail staff. But it is still illegal to open inmates legal mail. There was no reason for MR. Byrd to appeal the grievence against his legal mail being opened because it was properly addressed by jail staff. No further action from the jail was needed. Just because it was addressed within the jail and the Defendent Morgan Ness admitted to opening MR. Byrds legal mail doesn't mean they are not legally responsable or shouldn't be held accountable for their actions.

MR. Byrds claims against the vernon County jail and morgan Ness should of been dismissed in part and granted in MR. Byrds favor in part. MR. Byrd's claims against morgan Ness the sheriffs legal secretary should move forward for Defendent opening MR. Byrds legal mail. The issue surrounding denial of MR. Byrd to have access to the phone to call his Lawyer should of been dismissed.

MR. Byrd ask this court of appeals to reconsider MR. Byrds claims against Defendent morgan Ness of opening MR. Byrds legal mail.

Respectfully
Lewis E. Byrd
Lewis E. Byrd

Dated: 12·11·17